```
                         United States Bankruptcy Court
                              District of South Dakota
Richards,
         Plaintiff                                          Adv. Proc. No. 14-01006-CLN

Mason Companies, Inc.,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 0869-1          User: bdool              Page 1 of 1            Date Rcvd: Jun 23, 2014
                              Form ID: pdf1            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
dft            Colony Brands, Inc.,   c/o Jeffrey R. Surlas, Registered Agent,   1112 7th Avenue,
                 Monroe, WI   53566-1364
dft           +Mason Companies, Inc.,   c/o Daniel J. Hunt, Registered Agent,   1251 First Avenue,
                 Chippewa Falls, WI 54729-1691

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2014 at the address(es) listed below:
              David J. Fransen    on behalf of Plaintiff Betty Janet Richards fransenlaw@qwestoffice.net
              David J. Fransen    on behalf of Plaintiff Dennis Lane Richards fransenlaw@qwestoffice.net
                                                                                              TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 14-10006 |
| | ) | Chapter 7 |
| DENNIS LANE RICHARDS | ) | |
| SSN/ITIN xxx-xx-7204 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETTY JANET RICHARDS | ) | |
| SSN/ITIN xxx-xx-9865 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DENNIS LANE RICHARDS and | ) | Adv. No. 14-1006 |
| BETTY JANET RICHARDS | ) | |
| | ) | |
| Plaintiffs | ) | |
| -vs- | ) | |
| | ) | |
| MASON COMPANIES, INC., | ) | DEFAULT JUDGMENT |
| dba Stoneberry;and | ) | |
| COLONY BRANDS, INC., | ) | |
| dba Ginny's, dba Midnight Velvet, | ) | |
| and dba The Swiss Colony | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the pre-petition, *in personam* claims held by Defendants Mason Companies, Inc. and Colony Brands, Inc. against Debtors-Plaintiffs Dennis Lane Richards and Betty Janet Richards are discharged under 11 U.S.C. § 727(a).

So ordered: June 23, 2014.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota